Richard L. Mahfouz II (State Bar No. 246739)
Clerkin & Sinclair, LLP
701 B Street, Suite 1160
San Diego, CA 92101
Telephone: (619) 308-6550
Fax: (619) 923-3143
E-mail: rlmahfouz@clerkinlaw.com



IT IS SO ORDERED
Judge Edward J. Davila
8/9/2013

Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | CASE NO.: CV13-03189-EJD PSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) State Farm Mutual Automobile Insurance and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) United States of America.  The Clerk shall close this file.

DATED:  August 8, 2013                                    CLERKIN & SINCLAIR, LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　 　*/s/ Richard L. Mahfouz II*
　　　　　　　　　　　　　　　　　　BY:　　Richard L. Mahfouz II,
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff State Farm Mutual
　　　　　　　　　　　　　　　　　　　　　　Automobile Insurance Company

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

1